GRANT C. JAQUITH
United States Attorney

James Desir
Special Assistant U.S. Attorney c/o
Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
212-264-2510
james.desir@ssa.gov
Bar No. 520684

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRANDY TRIMM,

        Plaintiff,

   v.

Case No.: 18-510

ANDREW SAUL,
the Commissioner of Social Security,

        Defendant.

## JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff in the amount of $6,800.00 in fees and $400.00 for costs, for a total award of $7,200.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA) in the above case. This award of fees and costs will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff, not her attorney, and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff and Defendant jointly move

that the Court award Plaintiff $7,200.00 in full satisfaction and settlement of any and all claims under the EAJA.

After the court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel. This stipulation represents a compromise in position and is not intended to set a precedent for any specific hourly rate.

Dated: New York, New York
July 22, 2019

Respectfully submitted,

| | |
|---|---|
| VICTORIA COLLINS | GRANT C. JAQUITH |
| Attorney for Plaintiff | United States Attorney |
| | |
| By: */s/ Victoria Collins*[1] | */s/ James Desir* |
| Victoria Collins | James Desir |
| Conboy, McKay, Bachman & Kendall, LLP | Assistant United States Attorney |
| 307 State Street | Bar No. 520684 |
| Carthage, New York | 26 Federal Plaza, Room 3904 |
| Phone: (315) 493-0030 | New York, NY 10278 |
| Fax: (315) 493-7549 | Phone: (212) 264-2510 |
| vcollins@cmbk.com | Fax: (212) 264-6372 |
| | james.desir@ssa.gov |

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: July 25, 2019

Dated: _____

---

[1] Signed for Ms. Collins with consent given to Special Assistant U.S. Attorney James Desir.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I caused to be electronically filed the foregoing brief with the Clerk of the District Court using the CM/ECF system, which will electronically notify all counsel of record.

>   */s/ James Desir*
>   James Desir
>   Special Assistant U.S. Attorney